IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY STUBBS, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiffs, ) | 1:11-CV-01367-AT |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, BAC HOME ) | |
| LOANS SERVICING, LP, AND ) | |
| FEDERAL NATIONAL ) | |
| MORTGAGE ASSOCIATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 and LR 41, Plaintiff Gary Stubbs, hereby dismisses his claims against Defendants, Bank of America as successor by merger to BAC Home Loans Servicing, LP[1] and Federal National Mortgage Association, with prejudice and hereto informs the Court that these matters have been finally and fully resolved, with each side to bear its own costs and fees.

---

[1] Plaintiff names "BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, LP" ("BACHLS") as a defendant.  As of July 1, 2011, BAC Home Loans Servicing, L.P. no longer exists as a legal entity as it merged with and into Bank of America, N.A. ("BANA"). Therefore, BANA responds as successor by merger to BACHLS.

1

This 8th day of June, 2012.

/s/ Andrew C. Evans (with permission)
Andrew C. Evans
Georgia Bar No. 251399
Evans & Strickland, LLC
3001 Lookout Place, NE
Atlanta, GA 30305
Phone:  (404) 276-0629
Facsimile:  (770) 200-1692
andrew@evansandstrickland.com

*Attorney for Plaintiff*


CONSENTED TO:

/s/ Andrew G. Phillips
Andrew G. Phillips
Georgia Bar No. 575627
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5724 (telephone)
(404) 443-5773 (facsimile)
aphillips@mcguirewoods.com

*Attorneys for Defendants Bank of America and Federal National Mortgage Association*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GARY STUBBS, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 1:11-CV-01367-AT |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, BAC HOME | ) | |
| LOANS SERVICING, LP, AND | ) | |
| FEDERAL NATIONAL | ) | |
| MORTGAGE ASSOCIATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

            /s/ Andrew G. Phillips
            Andrew G. Phillips